HAROLD A. BAKER

**SENIOR JUDGE**

217-373-5835

FAX 217-373-5834

July 28, 2004

The Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
One Columbus Circle N.E.
Washington, DC 20544

Dear Judge Lisi:

I am at my summer home in Minnesota and have your letter of June 30th concerning my calendar year 2003 filing. Please consider this letter my response.

In Part VII, page 1, line 5, the grain farm is located in Hensley Township, Champaign County, Illinois.

Thank you for your remarks regarding Part VII, page 1. Line 9 and page 2, lines 22, 23, and 35.

I have no concerns concerning security of my disclosures.

Very truly yours,



Harold A. Baker

RECEIVED
Aug 4 10 49 AM '04
FINANCIAL DISCLOSURE OFFICE

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

**Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)**

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baker, Harold A | Central District of Illinois | 4/7/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U. S. District Judge | ○ Nomination, Date  ○ Initial  ⦿ Annual  ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Court House 201 South Vine Street Urbana, Illinois 61802 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

COPY

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED APR 13

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Income**

☑ NONE    - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE    - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE    - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First Nat'l. Bank of Arcola, Illinois | mortgage loan for purchase of farm land | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Harold A | 4/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 2. Fidelity Asset Manager Aggressive | A | Dividend | K | T | | | | | |
| 3. Fidelity New Millenium | A | Dividend | K | T | | | | | |
| 4. Fidelity Asset Manager Growth | C | Dividend | M | T | | | | | |
| 5. Grain Farm, ▮▮▮▮ | D | Rent | O | W | | | | | |
| 6. TCF Financial Corp. | A | Dividend | J | T | buy | 2/06 | J | | market |
| 7. American Home Products, now Wyeth | A | Dividend | K | T | | | | | changed name to Wyeth |
| 8. BP Amoco, now BP P L C | A | Dividend | K | T | | | | | changed name to BP P L C |
| 9. Bell South Corp | A | Dividend | K | T | sell | 2/06 | J | C | market |
| 10. Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 11. Verizon | A | Dividend | J | T | | | | | |
| 12. Schlumberger, Ltd. | A | Dividend | K | T | | | | | |
| 13. Walgreen Co. | A | Dividend | L | T | | | | | |
| 14. Dow Jones Select Div. Trust | E | Dividend | K | T | buy | 12/05 | K | | market |
| 15. Illinois Tool Works | A | Dividend | K | T | | | | | |
| 16. S&P Midcap 400 Index Fund | E | Dividned | K | T | buy | 10/06 | K | | market |
| 17. Merck & Co., Inc. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Harold A | 4/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hewlett Packard Co. | A | Dividend | J | T | | | | | |
| 19. Eli Lilly Co. | A | Dividend | J | T | | | | | |
| 20. J.P. Morgan-Chase&Co. Inc. | B | Dividend | K | T | | | | | |
| 21. Eau Claire Wisconsin bond | A | Interest | J | T | | | | | |
| 22. Farmers Group Capital Pfd | B | Interest | K | T | redeemed | 11/24 | K | | |
| 23. Dupage Co. Mtr. Fuel Tax Bond | A | Interest | J | T | redeemed | 1/15 | J | | |
| 24. Pitney Bowes | A | Dividend | J | T | | | | | |
| 25. Fidelity Asset Manager Aggresive | A | Dividend | K | T | | | | | |
| 26. DuPage County School DistrictBond | A | Interest | J | T | buy | | | | |
| 27. Avaya | | None | J | T | | | | | |
| 28. Home Depot | A | Dividend | J | T | | | | | |
| 29. Rohm & Haas | A | Dividend | J | T | | | | | |
| 30. Transocean Sedco Forex | A | Dividend | J | T | | | | | |
| 31. Cook County Capital Improvement Bond | A | Interest | J | T | | | | | |
| 32. Imagistics Int'L | A | Dividend | J | T | | | | | |
| 33. FNMA Bond | | none in 02 | K | T | | | | | |
| 34. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 35. GATX Capital Corp Bond | A | Interest | J | T | redeemed | 9/02 | J | | market |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting<br><br>Baker, Harold A | Date of Report<br><br>4/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount Code 1<br>(A-H) | (2)<br><br>Type (e.g. div. rent. or int.) | (1)<br><br>Value Code 2<br>(J-P) | (2)<br><br>Value Method Code 3<br>(Q-W) | (1)<br><br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 36.    Wintrust | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes:<br>(See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>HI = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes:<br>(See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes:<br>(See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Baker, Harold A | 4/7/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Why can't the software program rearrange the information in part VII alphabetically and by category of investment. It would make for easier preparation from my point of view and should make your job easier?

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _April 7, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544